IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**JENNA PISKOTHY, DARRYL CROSS, and LAUREN SEGEDIN,** individually and on behalf of all those similarly situated,

    Plaintiffs,

vs.

Case No. 8:24-CV-01318-JLB-AAS

**CHARTSWAP, LLC, WEST FLORIDA— MHT, LLC,** d/b/a Memorial Hospital of Tampa and/or HCA Florida South Tampa Hospital, **LARGO MEDICAL CENTER, INC.,** d/b/a HCA Florida Largo Hospital, and **OHI WEST, INC.,** d/b/a Bayfront Health St. Petersburg,

    Defendants.

_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, by and through their undersigned counsel, hereby voluntarily dismiss the above-styled lawsuit without prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _13th_ day of June 2024, a true and correct copy hereof was electronically filed through the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Scott R. Jeeves*

Scott R. Jeeves, FBN 0905630
THE JEEVES LAW GROUP, P.A.
954 First Avenue North
St. Petersburg, FL 33705
Telephone: (727) 894-2929
Primary: sjeeves@jeeveslawgroup.com
Secondary: khill@jeeveslawgroup.com

J. Daniel Clark, FBN 0106471
CLARK & MARTINO, P.A.
3407 W. Kennedy Boulevard
Tampa, FL 33609
Tel: (813) 879-0700 / Fax: (813) 879-5498
Primary: dclark@clarkmartino.com
Secondary: rsmith@clarkmartino.com

David M. Caldevilla, FBN 654248
de la PARTE, GILBERT, McNAMARA
    & CALDEVILLA, P.A.
P.O. Box 2350
Tampa, FL 33601-2350
Telephone: (813) 229-2775
Primary: dcaldevilla@dgfirm.com
Secondary: serviceclerk@dgfirm.com

**COUNSEL FOR PLAINTIFFS**